# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| TONDA JOLANE HELMS, § § § | |
| Plaintiff, § § | |
| v. § | Case No. 6:23-cv-128-JDK |
| § § | |
| BAYVIEW LOAN SERVICING, LLC, § et al., § § | |
| Defendants. § § § | |

## ORDER DISMISSING CASE

Before the Court is the Parties' Joint Motion to Dismiss Without Prejudice. Docket No. 31. The Court construes the motion as a joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court, having considered the motion and the relevant filings, hereby **GRANTS** the motion and **ORDERS** that Plaintiff's claims against Defendants are **DISMISSED WITHOUT PREJUDICE**. All pending motions are denied as moot, and the telephonic hearing scheduled for March 31, 2024, at 2:30 p.m. is cancelled.

The Clerk of Court is directed to close the case.

So **ORDERED** and **SIGNED** this **20th** day of **March, 2024.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE